UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ALAN WRAY,

    Plaintiff,

v().                                  Case No. 4:19cv179-AW-HTC

BOB QUAM,
E. TORRES,
WANDA WILLIAMS,
D. WILLIAMS,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On May 1, 2019, the Court ordered Plaintiff to file an amended complaint and either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee within thirty (30) days. ECF Doc. 5. Plaintiff did not comply with the May 1 Order within the allotted time. On June 19, 2019, the Court ordered Plaintiff to show cause within fourteen (14) days why this case should not be dismissed due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 7. More than fourteen (14) days have passed and Plaintiff has not complied with the May 1 Order or responded to the June 19 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 12th day of July, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:19cv179-AW-HTC