IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ALAN WRAY,

    **Plaintiff,**

v.                                                  Case No. 4:19-cv-179-AW-HTC

BOB QUAM, E. TORRES, WANDA
WILLIAMS, and D. WILLIAMS,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 12, 2019 (ECF No. 9). No objections have been filed. Having considered the Report and Recommendation, this Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED:

(1)     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2)     This action is DISMISSED without prejudice due to Plaintiff's failure to prosecute or failure to comply with a court order.

(3)     The Clerk is directed to close the file.

SO ORDERED on September 4, 2019.

                                                      s/ *Allen Winsor*
                                                      United States District Judge